**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Troy Lamorris AARON, Defendant–Appellant.**

No. 13–15248

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 19, 2014.

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Malisa Chokshi, Kathleen A. O'Malley, U.S. Attorney's Office, Jacksonville, FL, Kelly S. Karase, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Valarie Linnen, Valarie Linnen, Esq., Atlantic Beach, FL, for Defendant–Appellant.

Troy Lamorris Aaron, Coleman, FL, pro se.

Before TJOFLAT, FAY and KRAVITCH, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Troy Aaron in this direct criminal appeal, has moved to withdraw from further representation of Aaron and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Aaron's conviction and sentence are **AFFIRMED**.